UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NORTH COAST TRUST FUND**

      Plaintiff(s),                             No. C-**04-05404** EDL

      v.                                     **ORDER OF CONDITIONAL DISMISSAL**

**MILL VALLEY REFUSE SERVICE, INC.**

      Defendants.

_____/

      The parties hereto, by their counsel, having advised the Court in June 2005 that they have agreed to a settlement of this cause,

      IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 60 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: March 6, 2006

                                                           _____
                                                           ELIZABETH D. LAPORTE
                                                           United States Magistrate Judge