Jeffrey S. Schoppert (SBN 116674)
KEEGIN HARRISON SCHOPPERT & SMITH LLP
1000 Fourth Street, Suite 600
San Rafael, California 94901
Telephone: (415) 456-4000
Facsimile: (415) 456-1921

Attorneys for defendant
Mill Valley Refuse Service, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTH COAST TRUST FUND,

    Plaintiff,

vs.

MILL VALLEY REFUSE SERVICE, INC.

    Defendant.

No. C 04 5404 EDL

**STIPULATION TO DISMISSAL; ORDER**

IT IS HEREBY STIPULATED by and among both parties to the within action, through their respective counsel, that the complaint against defendant Mill Valley Refuse Service, Inc. be dismissed with prejudice, and that, except with respect to amounts paid in satisfaction of obligations arising under the written settlement agreement between the parties, plaintiff and defendant each bear their own attorneys' fees and costs incurred in connection with the within action.

BEESON, TAYER & BODINE, APC

Dated: March 22, 2006   by _____
    Jason Rabinowitz
    Attorneys for plaintiff North Coast Trust Fund

KEEGIN HARRISON SCHOPPERT & SMITH LLP

Dated: March 14, 2006   by _____
    Jeffrey S. Schoppert
    Attorneys for defendant Mill Valley Refuse Service, Inc.

STIPULATION TO DISMISSAL; ORDER      1      Case No. C 04 5404 EDL

1  IT IS SO ORDERED.

2  Dated: March 24, 2006

4  _____
   Elizabeth D. Laporte
5  United States Magistrate Judge

STIPULATION TO DISMISSAL;            2            Case No. C 04 5404 EDL
ORDER